# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSEPH MIZZONI,                         )         3:11-cv-00358-HDM-WGC
                                        )
        Plaintiff,              )
                                        )
v.                                      )         ORDER
                                        )
STATE OF NEVADA, et al.,                )
                                        )
        Defendants.             )
_____)

     Before the court is a notice, filed by the clerk of court, of intent to dismiss the defendant identified by the plaintiff as "Dr. Kent Robinson" pursuant to Federal Rule of Civil Procedure 4(m) (#20).  Plaintiff responded to this notice (#23) and requests an extension of time to effectuate service.  Plaintiff's response references his previous motion titled "Motion to Respond to Courts Order on Service, to Defendant Dr. Kent Robenson OD/Eye Doctor for Ely State Prison" (#21), wherein plaintiff requests the clerk of court to issue summons so that plaintiff may serve defendant "Robinson" within the time for service.  No such summons were provided to plaintiff.  The court also notes that this case was referred to the court's Early Mediation Program and was stayed for ninety (90) days (#4).  Accordingly, there is good cause to extend the filing time for service.

1

Accordingly, and for good cause showing, plaintiff shall have thirty (30) days from the date of this order to serve the defendant "Dr. Kent Robinson" and file proof of service with this court.

**IT IS SO ORDERED.**

DATED: This 9th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

2