**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOSEPH MIZZONI, | ) | 3:11-cv-00358-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Office of the Attorney General did not accept service of process on behalf of the defendant identified by the plaintiff as "Dr. Kent Robinson," who the Office of the Attorney General claims cannot be identified as a current or former employee of the Nevada Department of Corrections (#12). If plaintiff wishes to have the U.S. Marshal attempt service on this defendant, he shall follow the instructions contained in this order.

The Clerk shall issue a summons for "Dr. Kent Robinson" and send the same to the U.S. Marshal with the address provided (#21, 23). The Clerk shall send to plaintiff one USM-285 form, one copy of the complaint (#5), and one copy of this order for the defendant. Plaintiff shall have until thirty (30) days from the date of this order to complete the USM-285 service form and return it along with the other documents to the U.S. Marshal for service.

If plaintiff fails to follow this order, the defendant "Dr. Kent Robinson" will be dismissed for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

DATED: This 9th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

-2-