# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH MIZZONI, | ) | 3:11-cv-00358-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is the report and recommendation of the United States Magistrate Judge (#27). In the report and recommendation, the magistrate judge recommends that this court enter an order granting in part and denying in part, the defendants' motion to dismiss (#14). Both plaintiff and defendants objected (## 28, 29).

The court has considered the pleadings and memoranda of the parties and other relevant matters of record. It has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Based on this review, the court

1

1  hereby adopts and modifies the report and recommendation as
2  follows:
3      Defendant Dr. Robert Bannister's motion to dismiss for failure
4  to state a claim is **DENIED**;
5      Defendant E.K. McDaniel's motion to dismiss for failure to
6  state a claim is **GRANTED WITH LEAVE TO AMEND**;
7      Defendant Bannister's motion to dismiss on qualified immunity
8  grounds is **DENIED**;
9      Defendant Bannister's motion to dismiss plaintiff's official
10 capacity claim for monetary damages is **GRANTED**;
11      Finally, the magistrate judge's recommendation that defendant
12 Dr. Kent Robertson, improperly named as Mr. Robinson, be dismissed
13 pursuant to Rule 4(m) is **DENIED**.  The court granted the plaintiff's
14 oral application to amend the complaint to correct the spelling of
15 defendant Robertson's name. (#50).  Defendant Robertson was served
16 with a copy of the summons and the complaint, and has accepted
17 service and filed an answer (#48).
18      **IT IS SO ORDERED.**
19      DATED: This 23rd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

2