# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH L. MIZZONI, | 3:11-cv-00358-HDM-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | December 20, 2012 |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

  Before the court is Plaintiff's Motion to Compel Discovery (Doc. # 62), wherein Plaintiff seeks the court to order Defendants to provide plaintiff with copies of his "medical records from July 28, 2010 and ongoing," including medical kites, grievances, etc. Defendants have opposed the motion (Doc. # 65), on the grounds that Plaintiff has not served any discovery requests on Defendant Bannister. Defendants further note that the documents Plaintiff seeks are available without the need for discovery. (*Id.*) The court concurs with Defendants' objections. Also, to the extent Plaintiff's motion is a discovery "motion" and not an untimely discovery request disguised as a motion, Plaintiff has failed to satisfy the "meet and confer" requirements of LR 26-7 to attempt to informally resolve the discovery dispute before bringing a motion to the court.

  Plaintiff's motion (Doc. # 62) is **DENIED**.

**IT IS SO ORDERED.**

                  LANCE S. WILSON, CLERK

                  By:  /s/
                     Deputy Clerk