UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH L. MIZZONI, ) | 3:11-cv-00358-HDM-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | December 26, 2012 |
| ) | |
| STATE OF NEVADA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is Plaintiff's Motion to Respond to Defendant's Opposition to Plaintiff's Motion to Compel Discovery. (Doc. # 75.) This motion was coincidentally filed on the same date that an Order denying Plaintiff's motion to compel was entered (Doc. # 74.)

   Plaintiff's motion (Doc. # 75) is therefore **DENIED**.

**IT IS SO ORDERED.**

                                                            LANCE S. WILSON, CLERK


                                                    By:        /s/
                                                            Deputy Clerk