**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOSEPH MIZZONI, | ) | 3:11-cv-00358-HDM-WGC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DR. ROBERT BANNISTER and DR. KENT ROBINSON | ) | |
| Defendants. | ) | |

Before the court is the report and recommendation of the United States Magistrate Judge (#85), filed on June 6, 2013. In the report and recommendation, the magistrate judge recommends that this court enter an order granting the motions for summary judgment of Dr. Bannister (#67) and Dr. Robinson (#72). The plaintiff has not objected to the magistrate's recommendation.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record.  Based on this review, the court hereby accepts and adopts the report and recommendation of the magistrate judge.  Accordingly, the motions of the defendants, Dr. Bannister (#67) and Dr. Robinson (#72) are

1

**GRANTED.** The clerk of the court shall enter judgment in favor of defendants Bannister and Robinson.

**IT IS SO ORDERED.**

DATED: This 10th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE