1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7   JOSEPH MIZZONI,                              )
                                                )
8                     Plaintiff,                 )        3:11-cv-00358-HDM-WGC
                                                )
9            vs.                                 )        **REFERRAL TO PRO BONO PROGRAM**
                                                )
10  STATE OF NEVADA, *et al.*,                   )
                                                )
11                    Defendants.                )
    _____ )
12

13          This case is referred to the Pilot Pro Bono Program ("Program") adopted in General Order

14  2014-01 for the purpose of screening for financial eligibility and identifying counsel willing to be

15  appointed as pro bono counsel for Plaintiff..  The scope of appointment shall be for all purposes

16  through the conclusion of trial.  By referring this case to the Program, the Court is not expressing

17  an opinion as to the merits of the case.  Accordingly,

18          **IT IS HEREBY ORDERED** that this case is referred to the Pilot Pro Bono Program for

19  appointment of counsel for the purposes identified herein.

20          **IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono

21  Liaison.

22          DATED this 21st day of July, 2015.

23
                                                _____
24                                              **Howard D. McKibben**
                                                **Senior U.S. District Judge**
25
26
27
28